The People of the State of New York, Appellant,
against
Efigenio Figueroa, Defendant-Respondent.



The People appeal from an order of the Criminal Court of the City of New York, Bronx County (Armando Montano, J.), dated March 3, 2015, which granted defendant's suppression motion.




Per Curiam.
Order (Armando Montano, J.), dated March 3, 2015, affirmed.
The court properly granted defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (see People v Prochilo, 41 NY2d 759, 761 [1977]). While the police were justified in stopping defendant's vehicle after observing that it had no license plates (see Vehicle and Traffic Law § 402; People v May, 52 AD3d 147, 151-152 [2008]), once the officer determined the temporary tag, insurance card and driver's license to be valid, "the initial justification for seizing and detaining defendant . . . was exhausted (People v Banks, 85 NY2d 558, 562 [1995], cert denied 516 US 868 [1995]). Thus, the evidence obtained as a result of the illegally prolonged detention of defendant was properly suppressed (see People v Milaski, 62 NY2d 147, 156-157 [1984]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 23, 2016